ACCEPTED
05-15-00380-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
8/18/2015 4:39:20 PM
LISA MATZ
CLERK

# NO. 05-15-00380-CV

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
8/18/2015 4:39:20 PM
LISA MATZ
Clerk

**IN THE COURT OF APPEALS**
**FOR THE FIFTH DISTRICT OF TEXAS**
**DALLAS, TEXAS**

**LUTHERAN SOCIAL SERVICES OF THE SOUTH, INC.**
Appellant,

**v.**

**WINNIE BLOUNT, INDIVIDUALLY AND AS NEXT FRIEND OF P.B., MINOR CHILD, AND JOHN BLOUNT, INDIVIDUALLY AND AS NEXT FRIEND OF P.B., MINOR CHILD**
Appellees.

ON APPEAL FROM THE 192ND JUDICIAL DISTRICT COURT, DALLAS COUNTY, TEXAS
CAUSE NO. DC-14-02429

**APPELLANT LUTHERAN SOCIAL SERVICES OF THE SOUTH, INC.'S**
**MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Darrell L. Barger
State Bar No. 01733800
David W. Green
State Bar No. 08347475
Kristina L. Culley
State Bar No. 24069558
HARTLINE DACUS BARGER DREYER L.L.P.
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
Telephone: 713-759-1990
Facsimile: 713-652-2419
Email: dgreen@hdbdlaw.com
        dbarger@hdbdlaw.com
        kculley@hdbdlaw.com

Brian Rawson
State Bar No. 24041754
Holly Naehritz
State Bar No. 24083700
HARTLINE DACUS BARGER DREYER L.L.P.
8750 N. Central Expressway, Suite 1600
Dallas, Texas 75231
Telephone: 214-369-2100
Facsimile: 214-369-2118
Email: brawson@hdbdlaw.com
        hnaehritz@hdbdlaw.com

**COUNSEL FOR APPELLANT**

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure, Appellant Lutheran Social Services of the South, Inc. asks this Court to extend the time to file its Reply Brief and would show as follows:

1. Appellees are Winnie Blount, Individually and as Next Friend of P.B., minor child, and John Blount, Individually and as Next Friend of P.B., minor child.

2. This motion is filed before the deadline for filing Appellant's Reply Brief, as required by Texas Rule of Appellate Procedure 38.6(d).

3. Appellee's brief was filed on August 14, 2015 making Appellant's Reply Brief due on September 3, 2015. Texas Rule of Appellate Procedure 38.6 (c).

4. Appellant requests an extension of 15 days to file its Reply Brief, extending the time until September 18, 2015.

5. No previous extensions by Appellant have been requested concerning its Reply Brief.

6. Appellant requests an extension of time in which to file its Reply Brief in order to allow time to adequately prepare its brief to aid the Court in consideration of this appeal. In support of this motion, Appellant would state the following:

- Appellant requests an extension as appellant's counsel has a number of time sensitive deadlines related to another appeal from a preliminary order from Bexar County, Texas which will require extensive briefing and input during the coming week;

- Appellant's counsel has previously planned and made arrangements for an out of state vacation during the week of August 25–September 1, 2015 which current due date falls almost immediately upon counsel's return;

- In addition to taking care of other immediate deadlines, counsel is also attending to personal family matters related to my son's death this past March, including a family gathering out of town in San Antonio on Thursday, August 18.

7.     The undersigned has communicated with appellate counsel for the Appellee who does not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, Appellant Lutheran Social Services of the South, Inc. requests this Honorable Court grant this Motion for Extension of Time until September 18, 2015 to file its Reply Brief.

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with opposing appellate counsel, Jeff Levinger, and he does not oppose the foregoing Appellant's Motion for Extension of Time to File Reply Brief until the requested date of September 18, 2015.

 /s/ David W. Green
David W. Green

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been duly served upon counsel as indicated below on this 18th day of August, 2015.

Muhammad S. Aziz
ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & FRIEND
800 Commerce Street
Houston, Texas 77002

Jeffrey S. Levinger
LEVINGER PC
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202

 /s/ David W. Green
David W. Green

3